IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-01872-REB-BNB

EVELYN G. DAIN,

    Plaintiff,

v.

DASHABOUT SHUTTLE COMPANY,

    Defendant.

## ORDER REMANDING CASE
## TO ARAPAHOE COUNTY DISTRICT COURT

**Blackburn, J.**

    The matter comes before the court on the defendant's **Motion For Leave To Withdraw Notice of Removal To United Sates District Court** [#7] filed September 19, 2008. After careful review of the motion and the file, the court has concluded that the motion is unopposed, that the motion should be granted, and that this action should be remanded to the District Court, Arapahoe County, Colorado, where it was filed originally.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the unopposed **Motion For Leave To Withdraw Notice of Removal To United Sates District Court** [#7] filed September 19, 2008, is **GRANTED**;

    2. That the **Notice of Removal** [#1] filed August 29, 2008, is **WITHDRAWN**; and

3. That this action is **REMANDED** to the District Court, Arapahoe County, Colorado (where it was filed originally as Case No. 08CV1463, Div. 202).

Dated September 29, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**